UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>THEODORE BENNETT,<br><br>              Defendant. | Case No. 20-CR-2650-AJB<br><br>SUPERSEDING INFORMATION<br><br>18 U.S.C. § 1708 – Theft of Mail (3 Counts); 18 U.S.C § 1708- Unlawful Possession of United States Mail (1 Count) |
|---|---|

The United States Attorney charges:

### COUNT 1

On or about June 25, 2020, within the Southern District of California, defendant THEODORE BENNETT, did steal and take from and out of the Winterhaven Post Office, located at 2127 W. Winterhaven Dr., Winterhaven, California, U.S. mail addressed to one or more P.O. Boxes within the Post Office; in violation of Title 18, United States Code, Section 1708.

### COUNT 2

On or about July 17, 2020, within the Southern District of California, defendant THEODORE BENNETT, did steal and take from and out of the Winterhaven Post Office, located at 2127 W. Winterhaven Dr., Winterhaven, California, U.S. mail addressed to one or more P.O. Boxes within the Post Office; in violation of Title 18, United States Code, Section 1708.

<u>COUNT 3</u>

On or about July 18, 2020, within the Southern District of California, defendant THEODORE BENNETT, did steal and take from and out of the Winterhaven Post Office, located at 2127 W. Winterhaven Dr., Winterhaven, California, U.S. mail addressed to one or more P.O. Boxes within the Post Office; in violation of Title 18, United States Code, Section 1708.

<u>COUNT 4</u>

On or about August 5, 2020, within the Southern District of California, defendant THEODORE BENNETT, did knowingly possess mail stolen from the Jacumba Post Office, located at 1209 Railroad St., Jacumba, California, and elsewhere, that included mail addressed to more than 10 individuals and caused a loss in excess of $6,500; in violation of Title 18, United States Code, Section 1708.

DATED: October 26, 2020.

ROBERT S. BREWER, JR.
United States

*Nicholas Hernandez*

NICHOLAS J. HERNANDEZ
Assistant U.S. Attorney